**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Peter Kucera, Respondent,

v.

Ashely Moss, Appellant.

Appellate Case No. 2016-001145

_____

Appeal From Greenville County
W. Marsh Robertson, Family Court Judge

_____

Unpublished Opinion No. 2018-UP-141
Submitted February 9, 2018 – Filed April 4, 2018

_____

**REVERSED**

_____

Gwendolynn Wamble Barrett, of Barret Mackenzie,
LLC, of Greenville, for Appellant.

Peter Kucera, of Greenville, pro se.

_____

**PER CURIAM:**  Reversed pursuant to Rule 220(b), SCACR, and this court's decision in *Kucera v. Moss,* Op. No. 2018-UP-140 (S.C. Ct. App. filed April 4, 2018).

**REVERSED.**[1]

**HUFF, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.